(Rev. 8/14/2023)

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 1 8 2026
DANIEL J. McCOY, CLERK
BY:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

Kelvin D Scott Jr
580322

**CASE NO.** 5:26-cv-1650

**VERSUS**

Gary E. Westcott, Et

## COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

**I. Previous Lawsuits**

a. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ☐ No ☑

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

______________________________

______________________________

2. Name the parties to the previous lawsuit(s):

Plaintiffs: ______________________________

Defendants: ______________________________

3. Docket number(s): ______________________________

4. Date(s) on which each lawsuit was filed: ______________________________

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

______________________________

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ☐ No ☑

*(Rev. 8/14/2023)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

______________________________

______________________________

**II. a. Name of institution and address of current place of confinement:**

______________________________

b. Is there a prison grievance procedure in this institution?
Yes ☑ No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☑ No ☐

If "Yes," what is the Administrative Remedy Procedure number?

ARP# 2025-0712 PREA # 25-IC-082

2. If you did not file an administrative grievance, explain why you have not done so.

______________________________

______________________________

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

I filed my 1st step was denied sent my 2nd step to DOC Headquarters and was denied Also exhausted All Remedies

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**

a. Name of Plaintiff: Kelvin D Scott Jr #580322

(Rev. 12/15/2023)

b. Defendant, Michele Dauzat, is employed as Head Warden at David Wade Corrections

Defendant, James Arnold, is employed as Asso. Warden at David Wade Corrections

Defendant, Warden Burgos, is employed as Asso. Warden at David Wade Corrections.

Additional defendants, Col. Terrance Hauley; Major Nathaniel Collentine; Cpt. Corkey; Nurse Phillips; Lt. Tyler Nattitt; Seth Smith; John Does

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS. IF EXTRA PAGES ARE REQUIRED TO STATE THE FACTS OF YOUR CASE, YOU ARE LIMITED TO FIVE TYPEWRITTEN OR TEN LEGIBLE HANDWRITTEN PAGES PURSUANT TO LOCAL CIVIL RULE 3.2**

On oct 23, 2025 Between the times of 9:30 Am to 11:00 Am I was involved in A dispute on the south side yard of David Wade Corrections with officer Ms. Williams. We were arguing About something I threw to the cages on the yard and she was asking me to give her the items. I Refused and Asked her to call A Ranking officer so I could talk to them and give said items to. Upon trying to get Ms. Williams to call the Ranking officer she got mad because I wouldn't give her the items and proceeded to Assault me By grabbing my shirt and yanking on my clothes. I proceeded to get her to let me go by pulling back from her and telling her to let me go she wasn't suppose to be putting her hands on me. I ended up getting lose from her and started Backing up to get away from her

→ continued on next page

(Claim)

officer williams kept Running up on me Aggressively while yelling And cursing me in A Belligerent manner. officer Ms. Montgomery stepped into the situation And tried to de-escalate the situation telling me to calm down And not do Anything crazy. officer Ms. Montgomery put Herself Between me And officer Ms. williams with Her umbrella, upon this going on Msgt. Rogers (pillcall officer) seen what was happening And ran onto the south side yard And immediately put me in A Headlock while saying over & over "calm down kelvin it's Alright I got you chill out." As Msgt. Rogers was leading me off the yard I happened to look to my left And saw Alot of officers Running towards us, I immediately came out of the headlock out of fear that I was About to Be Jumped on By the officers. upon officers coming on the south yard I immediately started Backing up trying to get Away from officers due to me Being A mental Health patient All type of thoughts were Running through my head of them doing me Bodily Harm, Because later I found out A beeper was Activated saying I was A inmate on A officer. I started Running Away from officers And was eventually tackled By warden Malcom, I was Restrained And told to Be led to N4 to Be placed on lockdown. upon Being led off the southside yard Major Gillentine sprayed me in the face Because I wouldn't shut up And stop saying "I didn't do Anything". I was brought to N4 lobby And told By Major Gillentine to catch my knees And don't move A muscle or say A fucking word. An officer of the unit (John Doe) came into the lobby And Asked what Did I Do, it was Answered By Major Gillentine I jumped on A officer which I immediately Responded to the lie Being told saying "that was A lie I didn't Hit Nobody" At which time my head was

grabbed From behind and ran into the wall enough to cause a gash and blood to start leaking from my head, I asked for Medical Attention and was told I wasn't getting it! I was then escorted down N4 tier B cell #16 upon entering the cell I was told by Major Gillentine and Captain Corley I was about to get it for what I done and to gone get ready. I was then thrown to the floor face first, my hair was then pulled back by Captain Corley who had knelt on my right side and he proceeded to punch me with a closed fist over and over while I tryed pulling my head down to tuck my chin so I wouldn't be punched anymore. Major Gillentine then knelt on my left side while Captain Corley pulled my hair again and Major Gillentine repeatedly slapped me in the face hard to where I almost lost consciousness and his words verbatim as he was doing it was "you gone start listening to me Bitch you hear me Bitch" and my reply verbatim was only "Yes Sir", After a few mintues of getting slapped and punched around I was finally released but left face first on the floor. My cell was closed down and I was told to get off the floor so they could get the handcuffs from around my back, I responded I couldn't I needed help at which time I was threatened by Major Gillentine and told verbatim "Don't make me come back in there it's gone be worser" at which time I said verbatim "I don't care you just beat the fuck out of me fuck you"! The cell was told to be opened again at which time Major Gillentine came and knelt on my left side and then pulled my underwear down, placed his can of mace on my anus and gave me a one burst, after he did it he then pulled my underwear back up and placed his foot in the crack of my butt and rubbed his boot up and down for a couple of seconds! When he was done he started laughing and told me verbatim "Now you really got a reason to kill me" at which time I responded "Bitch you gone die I'm gone kill you! I was told to get up off the floor again at which time I said I needed help, the cell was opened ~~and~~ again and I was helped up and brought to the bars by other officers (John Does) and hands

placed through the tray Hatch. My cell was closed down again and Major Gillentine and Captain Corley grabbed my arms and raised them all the way up through the tray Hatch with enough force to almost break my arms and at the same time Major Gillentine pulled the cuff on my Right arm down to my elbow with enough force to rip my skin off my arm and cause me to bleed. As they were doing this Msgt. Harper jumped in between them and said out loud "that's enough y'all done enough already" and grabbed both my arms and told me "I got you Scott I'm going to take the cuffs off myself" and he proceeded to unlock the cuffs and take them off! After he took them off I immediately took off all my clothes and ran to the toilet and dunked them in there while also pouring water on the floor and proceeded to sit in it and run my buttocks back and forth through the water to try to help relieve the burn and pain in my rectum. I was told to come to the bars to be restrained at which time I replied "Fuck you bitch you just beat the fuck outta me and sprayed me in my ass, I ain't doing shit I don't trust you". Major Gillentine then gave me a direct verbal order to be restrained which I still refused! He ended up spraying me two times with the big can and I still wouldn't let him restrain me, I screamed Homicide/suicide and that I wanted to file a prea But was told I had to wait. Major Gillentine then gave a order to a officer John Doe to go grab the shield and pepper gun even after saying I was having a mental health breakdown, I was asked again by Major Gillentine to come be restrained at which time my social worker Mr. Lewis arrived on the scene to see what the situation was, after talking to me and me explaining what had just happened he told me he would make sure I was able to make my prea after I came off watch and that he was going to move me to Cheer But I had to put on the cuffs and leg irons I still refused saying "Hell no I don't trust him I'm not doing it" at which time Major Gillentine shot me multiple times with the pepper gun while I was butt naked until I eventually surrendered. I was told to catch my knees at which time I did, I was shackled with my hands behind my back and led from

N4 B tier cell to up the stair Butt NAKED with nothing on But A WET (PAGE 5) Tshirt in Between my Buttocks to help ease the Burning pain in front of A tier full of MEN Behind cells, I was put in the lobby that way until the Nurse came through the door and upon seeing me NAKED said out loud "oh No I'm not seeing him like that ya'll gotta cover him up"! I was seen By Nurse phillips And Asked where was I Hurting anywhere And I told Her "All over But mostly in my Ass Because Major Gillentine just sprayed me in it" And she told me "well I can't do anything About that I'm Not examing that"! I tried to get help for 3days straight And was Never taken seriously, I couldn't use the Bathroom for the 3days And Alot of days After Because Medical Refused to help me, I couldn't even have A Bowell movement. I was finally taken serious on November 12, 2025 By Nurse Minnifield And Am waiting to Be seen By Medical! Check Body camera & N4 B tier Hall camera footage Check yard camera footage Aslo On Oct 24, 2025 I was seen By Warden Burgos on the early morning Check video And camera footage And ID scanner And told Him of the incident that Happened the day Before And that I Aslo Needed Medical Attention Because my Rectum was Burning And was told By Him that was His first time Hearing that But He was going to look into it. Medical Never came to check me out! Later on this same Day Lt. Greer came to take pics of my injuries And while taking the pictures I told Him of incident And He said As soon As He finished turning the pictures in He would personally go to the infirmary And let them know I Needed to make A Medical Emergency, Later this same day I talked to the captain And was told By Him they called Medical But No one ever came I then told Captain Woods to call them Again At which time He told me soon As He finished doing something He would call Hisself once Again No one ever came!

Oct 25, 2025 6:30Am to 7:10Am Major Gillentine came Down N4 C tier And upon Hitting His ID through the scanner Approached my cell And Asked me to come Holler At Him which was him trying to Apologize for what He did

But I Refused And shook my head No. Check cell And Hall footage

Oct 26, 2025 6:58Am to 7:07Am MAJOR Gillentine Came Down N4C tier And upon scanning His ID card Approached my cell while I was standing By the door talking to the tier walker And when Asked By me "what made you fucking jump on me" He Replied "I thought you Hit the Woman" At Which time I went off And told Him "I Ain't Hit No body" At Which time He Responded "I know that I HAD you BAD" Next I Asked Him "Why the fuck did you pull my underwear down And spray me in my Ass" At which time He told me "Because you wouldn't get off the floor And give me the Restraints" At which time I went off on Him And told Him "you most be out your fucking mind to think of doing somebody some shit like that" He then walked off. Later this same day Mrs. Minnyfield came down N4C tier And upon scanning Her ID I Requested to do A Medical Emergency due to the fact I Hadn't Been Able to use the Restroom because I was sprayed with chemical Agents in My Rectum By MAJOR Gillentine At which time she Replied "if you only trying to do A paper trail it Aint gone work" After that I started cussing Her out And ended up flooding My cell which caused Msgt. Harper stop walking with Mrs. Minnifield And tell Msgt. Island And Msgt. Gray to cut off my water And tell me to please take A shower so I could get the chemicals out of My Rectum And Maybe Be Able to use the Restroom. I cried in the shower in front of All these officers Because of the pain of the water running down My Butt crack And me Having to wipe Back there.

Oct 27, 2025 spoke to my social worker Mr. Lewis And told Him I still HAD yet to file My prea At which time He told me As soon As I came off watch I would Be given the chance to.

Oct 29, 2025 went to disciplinary hearing And made A Recording of everything that happened to me And Also told my social worker And pychiarist About what happened to me And that I wanted to file A prea was told to talk to Capitain Woods check Recording of disciplinary hearing

Oct 30, 2025 was A... [illegible] called Reported everything that happened to me (Page 17)
AND By whom was told I would see A Representative in the Next few days was
given A prea incident # DWC 25-IC-082 AND Arp # DWC 2025-0712
But wasn't seen till Nov 21, 2025 After I was Retaliated Against AND sprayed
Again By Major Gilleatine After I Asked for No Retaliation By Him AND Captain
Corley! N4 C tier cell #16 Check phone Recording! was suppose to come see me within 5 days

Nov 12, 2025 was finally taken serious By Nurse Minnifield AND sick call was turned in
Am Now waiting to be seen By Medical! N 2 B# 13

8:50 Am
Nov 14, 2025 was Retaliated Against by Major Gilleatine put on food loaf for 7 days
AND Also sprayed for telling Lt. Greer About incident that Major Gilleatine did me
was told to hold the Noise AND sprayed Because I didn't want to shut up About what
happened to me was Never took to disciplinary hearing never waived my Right but
was disciplined for being sprayed they moved me out of building AND put me in
A worser part. Check body camera AND Hall footage camera Also have numerous
witnesses that were on the tier! Cellmate was Kenneth Thomas 580513
March 17, 2026 from cell 5 to ll heard Major Gilleatine say he wasn't the one
sprayed me in my Ass so he didn't Need to take A polygraph After me Asking Col.
Heard could He look his Major in the eye AND Ask him could He pass A polygraph
AND would he take one check camera footage on N4 C tier!

*(Rev. 8/14/2023)*

---

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Monetary Damages, Nominal Damages, Mental Anguish Damages, puntative Damages, Criminal charges to be Brought to Major Gilpatrick AND Cpt. Gorley, A trial by Jury in All issues triable By Jury, plaintiffs cost in this court Any Additional Relief deemed proper, Just, equitable, Able to take polygraph test

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this** 6th **day of** MAy, **20**26.

580322
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons**

Kelvin D Scott Jr
**Signature of Plaintiff**