Kelvin D Scott JR # 580322 SunIR

~~[illegible]~~ 27268 Hwy 21
Angie, LA 70426
RAYBURN Corrections

US POSTAGE PITNEY BOWES
FIRST-CLASS
ZIP 70426 $ 004.14⁰
02 7W
0008028761 MAY 08 2026

X-RAYED

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 1 8 2026
DANIEL J. McCOY, CLERK
BY: ________

Louisiana Western
United states courthouse
STE. 1167
300 Fannin street
Shreveport, LA 71101