**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KELVIN D. SCOTT, JR. | CIVIL ACTION NO. 26-1650-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| GARY E. WESTCOTT, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Gary E. Westcott, Warden Michele Dauzat, Assistant Warden James Arnold, Col. Terrance Haulcy, Lt. Tyler Natlitt, and Seth Smith be **DISMISSED WITHOUT PREJUDICE** for failure to state a claim for which relief may be granted pursuant to Section 1983.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 23rd day of September 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE